IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elsie Goss, Administratrix of the Estate of Clarence Goss, deceased and in her own right<br><br>Plaintiff,<br><br>v.<br><br>GGNSC Philadelphia, LP d/b/a Golden Livingcenter – Stenton; GGNSC Philadelphia, GP, LLC<br><br>Defendants. | NO. 2:17-cv-02414-JS<br><br>FILED<br>APR 0 9 2018<br>KATE BARKMAN, Clerk<br>By_____ |

## ORDER

AND NOW, this 9th day of April, 2018, upon consideration of the Petition to Compromise Survival Action, it is hereby ORDERED and DECREED that Petitioner is authorized to enter into a settlement with Defendants, in the gross sum of Three Hundred Thousand Dollars ($300,000.00).

IT IS FURTHER ORDERED and DECREED that the settlement proceeds be distributed as follows:

1. To: Rhonda Hill Wilson, Esquire          $ 13,021.99
   For Costs

2. To: Law Office of Rhonda Hill Wilson     $ 74,000.00
   For Counsel Fees

3. To: Sokolove Law                          $ 37,000.00
   For Referral Fee

4. Liens

   To: Medicare                              TBD
   To: Medicaid                              $160,862.52
   To: Springcastle Funding Trust            $  6,945.01

5. The remainder of proceeds after negotiation and payment of all liens to be paid to Elsie Goss, Administratrix and sole beneficiary of the Estate of Clarence Goss.

Within sixty (60) days of the entry of this final Order, counsel shall file with the office of Civil Administration an Affidavit from counsel certifying compliance with this Order.

BY THE COURT:

_____ J.